CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 09 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LLOYD WAYNE SHEPPARD, | CASE NO. 7:15CV00598 |
| Petitioner, | |
| v. | FINAL ORDER |
| COMMONWEALTH OF VIRGINIA, ET AL., | By: Glen E. Conrad<br>Chief United States District Judge |
| Respondents. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this action, which the court construes as a petition for a writ of habeas corpus under 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 9th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge